# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KENNETH RICHTER, individually
and on behalf of all others similarly
situated,

      Plaintiff,

v.                                    Case No. 3:23-cv-220-MMH-PDB

AARGON AGENCY, INC.,
d/b/a Aargon Collection Agency,

      Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. No. 13; Notice) filed on July 19, 2023. In the Notice, Plaintiff requests dismissal of this matter with prejudice. <u>See</u> Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own costs and attorneys' fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of July, 2023.

                                                  *[signature]*
                                          MARCIA MORALES HOWARD
                                          United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties